UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**BRIAN CASEY,** *et al.,*            Case No. 3:13-cv-003

    Plaintiffs,                       **Judge Timothy S. Black**

-vs-

**QIK PIK, INC.,** *et al.*,

  Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE**

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that

(1) Plaintiffs' Motion for Default Judgment (Doc. 13) is **GRANTED** in part and **DENIED** in part;

(2) Plaintiffs are **AWARDED** unpaid overtime and liquidated damages as follows:

    a) Plaintiff Brian Casey is awarded unpaid overtime in the amount of $8,798.80 and liquidated damages in the amount of $8,798.80, for a total damages award of $17,597.60.

    b) Plaintiff Stephen Denton is awarded unpaid overtime in the amount of $781 and liquidated damages in the amount of $781, for a total damages award of $1,562.00.

    c) Plaintiff Joel Ponting is awarded unpaid overtime in the amount of $4,006 and liquidated damages in the amount of $4,006, for a total damages award of $8.012.00.

(3) Plaintiff's request for reimbursement for mileage claimed is **DENIED AS MOOT**; and

(4) the case is **CLOSED** on the Court's docket.

Date: December 18, 2013                          **JOHN P. HEHMAN, CLERK**

                                                     By: *s/ M. Rogers*
                                                     Deputy Clerk